IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTINE CHASKO, BYRON BANKS, MATTHEW BARRETT, ELAINE DOUGLAS, JULIE HOLMAN, LUDWIG JOSEPH, SARAH LITTMANN, ANDREW PFEIFER, JOHN SHIRAI, JONATHON SMALL, ANDRE SMITH, TANIA SMITH, MARIO SOSA, CARMINE VELEZ, LaTOSHA YOUNG, REGINALD BLACKWELL, KIM CURRY, ERIC GREEN, SHARON HARRELL, WAELL KHOURY, STANLEY KOZLOWSKI, JEFFREY MACDONALD, DURIEL MARSHALL, MAJED ALSAIGH, CARL BLOCKSOM, ROZELE LACY and MICHAEL ZORZIN**                                **PLAINTIFFS**

vs.                    Case No. 5:13-cv-5191-PKH

**WALGREEN CO., d/b/a WALGREENS**                    **DEFENDANT**

## JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE

Plaintiffs and Defendant, by and through their undersigned attorneys, hereby jointly move for a dismissal of this action without prejudice. In support of this joint motion, the parties state as follows:

1. The above-styled lawsuit alleges claims that are almost identical to those raised in the lawsuit of *Teramura et al. v. Walgreen Co., d/b/a Walgreens*, Case No. 5:12-cv-05244-JLH, which is currently pending before Magistrate Judge Setser of this Court.

2. Plaintiffs in this case received a class notice advising them that the *Teramura* action had been conditionally certified as a Fair Labor Standards Act ("FLSA") collective action.

3.      Plaintiffs brought the above-styled lawsuit rather than joining the *Teramura* action as opt-in plaintiffs because they missed the deadline for filing a consent form to opt into the *Teramura* action.

4.      Because the two cases involve the same legal and factual issues, the parties have agreed that the Plaintiffs in this action may join the *Teramura* action as opt-in Plaintiffs, using the date that each joined the *Chasko* action as the *Teramura* opt-in date for each Plaintiff.

WHEREFORE, for the reasons set forth above, the parties jointly move that this action be dismissed without prejudice.

Respectfully submitted,

| PLAINTIFFS | DEFENDANT WALGREEN CO. |
|---|---|
| /s/ Josh Sanford | /s/ Louisa J. Johnson |
| Josh Sanford | Brett C. Bartlett |
| Ark. Bar No. 2001037 | Georgia Bar No. 040510 |
| Vanessa Kinney | Louisa J. Johnson |
| Ark. Bar No. 2008030 | Georgia Bar No. 391805 |
| Sanford Law Firm, PLLC | Jeffrey L. Glaser |
| One Financial Center | Georgia Bar No. 296454 |
| 650 South Shackleford, Suite 110 | SEYFARTH SHAW LLP |
| Little Rock, AR 72211 | 1075 Peachtree Street NE, Suite 2500 |
| Telephone: (501) 221-0088 | Atlanta, Georgia 30309 |
| Facsimile: (888) 787-2040 | Telephone: (404) 885-1500 |
| Email: josh@sanfordlawfirm.com | Facsimile: (404) 892-7056 |
| Email: vanessa@sanfordlawfirm.com | Email: bbartlett@seyfarth.com |
| | Email: lojohnson@seyfarth.com |
| *Counsel for Plaintiffs* | Email: jglaser@seyfarth.com |
| Dated: May 20, 2014. | *Counsel for Defendant* |